# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**SEALED**
**INDICTMENT**

**ANTHONY C. BREWER**

_____/

4:25 cr 64-AW

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about October 7, 2020, and on or about January 9, 2023, in

the Northern District of Florida, the defendant,

### ANTHONY C. BREWER,

knowingly and willfully did steal and convert to his use and the use of another, and

without authority did convey and dispose of money of the United States of a value

of more than $1,000, to wit, money of the Department of Veterans Affairs, an

agency of the United States.

In violation of Title 18, United States Code, Section 641.

FILED USDC FLND TL
AUG 5 '25 PM 4:53

## CRIMINAL FORFEITURE

The allegations in Count One of this Indictment are realleged and incorporated herein for the purpose of alleging forfeiture to the United States. From the defendant's engagement in the violation alleged in Count One of this Indictment, the defendant,

### ANTHONY C. BREWER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offense.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

 i. cannot be located upon the exercise of due diligence;

 ii. has been transferred or sold to, or deposited with, a third party;

 iii. has been placed beyond the jurisdiction of this Court;

 iv. has been substantially diminished in value; or

 v. has been commingled with other property that cannot be divided without difficulty,

2

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of the defendant up to the

value of the forfeitable property.

A TRUE BILL:

*Redacted*

8/5/05

DATE

JOHN P. HEEKIN
United States Attorney

HARLEY W. FERGUSON
Assistant United States Attorney

3